U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 27 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BRIAN K. RAY<br>LA. DOC #570638<br>VS. | CIVIL ACTION NO. 3:12-cv-0566<br>SECTION P<br>JUDGE DONALD E. WALTER |
| JACKSON PARISH CORRECTIONAL<br>CENTER, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Beaumont, Texas.**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 24th day of August, 2012.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE